IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNELL OLIVER**                                                                    **PLAINTIFF**

v.                                             CAUSE NO. 1:12CV276-LG-JMR

**AIG LIFE INSURANCE COMPANY, ET AL.**                **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion to Dismiss, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, AIG Life Insurance Company. Plaintiff's claims against AIG Life Insurance Company are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 16th day of January, 2014.

                                                       s/ *Louis Guirola, Jr.*
                                                       LOUIS GUIROLA, JR.
                                                       CHIEF U.S. DISTRICT JUDGE