**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

RONNELL OLIVER                                                                                          PLAINTIFF

v.                                                                    Civil Action No.: 1:12-cv-276-LG-JMR

AIG LIFE INSURANCE CO., et al.                                                            DEFENDANTS

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Ronnell Oliver, together with all other parties, and acting pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submits this stipulation of voluntary dismissal.

1. Plaintiff voluntarily dismisses this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All parties stipulate to Plaintiff's voluntary dismissal with prejudice as evidenced by the signatures of each party below.

WHEREFORE, Plaintiff voluntarily dismisses this action with prejudice.

Respectfully submitted, this the 12th day of August, 2014.

/s Jason E. Burgett
Jason E. Burgett, ASB-5742-A40B

/s Bradley W. Rath
Bradley W. Rath, MSB #100102

Counsel for Plaintiff Ronnell Oliver

Of Counsel:
The Martin Law Group, LLC
2117 Jack Warner Parkway
Suite 1-B
Tuscaloosa, AL 35401
Telephone: (205) 343-1771
Facsimile: (205) 343-1781

Bradley W. Rath, P.L.L.C.
P.O. Box 4604
Biloxi, Mississippi 39531
228-206-1400 Telephone
228-206-1485 Facsimile


 s/ John H. Dollarhide
Robert A. Miller (MB #3305)
Michael C. McCabe, Jr. (MB #101548)
John H. Dollarhide (MB #103655)
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711 (phone)
(601) 985-4500 (facsimile)
Bobby.Miller@butlersnow.com
Michael.McCabe@butlersnow.com
John.Dollarhide@butlersnow.com

Counsel for American General Life Insurance Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I filed the foregoing document with the Court's CM/ECF system which sent notice of filing to all counsel of record.

      This the 12th day of August, 2014.

                                                       s/ Jason Burgett
                                                       Jason E. Burgett
                                                       OF COUNSEL